IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.
05 AUG 31 PM 3:57
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DAVID KISDED, )
)
Plaintiff, )
)
v. ) Case No. 05-2381-Ma P
)
WEPFER MARINE, INC., )
)
Defendant. )

**STIPULATION FOR DISMISSAL**

COME NOW the Parties, and stipulate to the Court that all matters in controversy have been settled and compromised and accordingly this cause may be DISMISSED with prejudice.

DAVID KISDED

_/s/ David Kisded_____

O'BRYAN BAUN COHEN KUEBLER
and Kirk Karamanian

By: _/s/_____
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorneys for Plaintiff

GOLDSTEIN and PRICE, L.C.
and Gary T. Sacks

By: _/s/ G. T. Sacks_____
One Memorial Drive Suite 1000
St. Louis, MO 63102
Attorneys for Defendant

APPERSON, CRUMP & MAXWELL, PLC
and L. Jay Miller

By: _/s/_____
6000 Poplar Ave. Suite 400
Memphis, TN 38119

SO ORDERED:

August 30, 2005
_____
Date

_/s/_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-6-05__

4

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| DAVID KISDED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-2381-Ma P |
| | ) |
| WEPFER MARINE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

COME NOW the Parties, and stipulate to the Court that all matters in controversy have been settled and compromised and accordingly this cause may be DISMISSED with prejudice.

DAVID KISDED

*David Kisded* (signature)

O'BRYAN BAUN COHEN KUEBLER
and Kirk Karamanian

By: (signature)

401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorneys for Plaintiff

GOLDSTEIN and PRICE, L.C.
and Gary T. Sacks

By: (signature)

One Memorial Drive Suite 1000
St. Louis, MO 63102
Attorneys for Defendant

APPERSON, CRUMP & MAXWELL, PLC
and L. Jay Miller

By: (signature)

6000 Poplar Ave., Suite 400
Memphis, TN 38119

SO ORDERED:

_____
Date

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| DAVID KISDED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-2381-Ma P |
| | ) |
| WEPFER MARINE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

COME NOW the Parties, and stipulate to the Court that all matters in controversy have been settled and compromised and accordingly this cause may be DISMISSED with prejudice.

DAVID KISDED

*/s/ David Kisded*

O'BRYAN BAUN COHEN KUEBLER
and Kirk Karamanian

By: *[signature]*

401 S. Old Woodward, Suite 320
Birmingham, MI 48009
Attorneys for Plaintiff

GOLDSTEIN and PRICE, L.C.
and Gary T. Sacks

By: *[signature]*

One Memorial Drive Suite 1000
St. Louis, MO 63102
Attorneys for Defendant

APPERSON, CRUMP & MAXWELL, PLC
and L. Jay Miller

By: *[signature]*

6000 Poplar Ave., Suite 400
Memphis, TN 38119

SO ORDERED:

_____
Date

_____
United States District Judge

---

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02381 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Honorable Samuel Mays
US DISTRICT COURT