UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DAVID KISDED,

    Plaintiff,

v.

                           Cv. No. 05-2381-Ma

WEPFER MARINE, INC.,

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Stipulation For Dismissal, docketed September 6, 2005.

**APPROVED:** _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 15, 2005
_____
DATE

THOMAS M. GOULD

_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _9-16-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02381 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Gary T. Sacks
GOLDSTEIN & PRICE
One Memorial Drive
Ste. 1000
St. Louis, MO 63102

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

L. Jay Miller
APPERSON, CRUMP & MAXWELL, PLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT